```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                       ORDER
        - v. -                      :
                                       19 Mag. 11772
LIAN QIU,                           :
    a/k/a "Wei Qiu,"
    a/k/a "Chen Yang,"              :

        Defendant.                  :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Assistant United States Attorney Micah F. Fergenson, it is hereby ORDERED that Complaint 19 Mag. 11772 be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         November 17, 2020

*Kevin Nathaniel Fox*

HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK